**Opinion filed January 9, 2020**



## In The

# Eleventh Court of Appeals

_____

## No. 11-19-00367-CV

_____

## IN THE INTEREST OF K.D.P. AND K.R.P., CHILDREN

**On Appeal from the 132nd District Court**
**Scurry County, Texas**
**Trial Court Cause No. 26594**

### M E M O R A N D U M   O P I N I O N

Appellant has filed in this court a motion to dismiss this appeal. In the motion, Appellant indicates that she wishes to withdraw her notice of appeal in this matter, and she asks this court to dismiss her appeal. *See* TEX. R. APP. P. 42.1(a)(1).

The motion to dismiss is granted, and the appeal is dismissed.

January 9, 2020                                             PER CURIAM

Panel consists of: Bailey, C.J.,
Stretcher, J., and Wright, S.C.J.[1]

Willson, J., not participating.

_____

[1]Jim R. Wright, Senior Chief Justice (Retired), Court of Appeals, 11th District of Texas at Eastland, sitting by assignment.